1  LAURENCE F. PADWAY, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5  Ernest Tarasovsky

6  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,. EDELMAN & DICKER LLP
7  525 Market Street- 17th Floor
   San Francisco, California 94105-2725
8  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
9  Email: sean.nalty@wilsonelser.com

10 Attorneys for Defendant,
   THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
11

12                     UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14

15 ERNEST TARASOVSKY                    No. C 11-03359 WHA

16         Plaintiff,                   STIPULATION AND [PROPOSED]
17    vs.                               ORDER CONTINUING CASE
                                        MANAGEMENT CONFERENCE
18 STRATIFY, INC. GROUP SHORT
   TERM DISABILITY PLAN AND             DATE: June 6, 2012
19 LONG TERM DISABILITY PLAN,           TIME: 11:00 a.m.
   and THE GUARDIAN LIFE
20 INSURANCE COMPANY OF                 Hon. William Alsup
   AMERICA,
21
         Defendants
22 _____/

23      Whereas, the Court continued the further case management conference in the above matter

24 from June 7, 2012 at 11:00 a.m. to June 6, 2012 at 11:00 a.m.; and

25

26      Whereas, counsel for plaintiff is unavailable due to a commitment on another case which he

27 is unable to reschedule;

28

   Stip to Continue CMC              1

1  Now, therefore, the parties stipulate to continue the case management conference to June 14, 2012 at 11:00 a.m.

IT IS SO STIPULATED.

DATED: June 5, 2012                                /s/ Laurence F. Padway
                                                   _____
                                                   Laurence F. Padway
                                                   Law Offices of Laurence F. Padway
                                                   Attorneys for plaintiff Ernest Tarasovsky


DATED: June 5, 2012                                /s/ Sean P. Nalty
                                                   _____
                                                   Sean P. Nalty
                                                   Wilson, Elser, Moskowitz, Edelman &
                                                       Dicker, LLP
                                                   Attorneys for Defendant The Guardian Life
                                                   Insurance Company of America


PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference in this matter is continued from June 6, 2012 to  June 14, 2012,  at  11:00 a.m.


Dated:  June 5, 2012.                              _____
                                                   Hon. William Alsup
                                                   United States District Court Judge

*APPROVED* — Judge William Alsup (signature stamp)

Stip to Continue CMC                               2