LAURENCE F. PADWAY (SBN: 89314)
Email: lpadway@padway.com
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:    (510) 814-0680
Facsimile:    (510) 814-0650

Attorneys for Plaintiff,
**ERNEST TARASOVSKY**

SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
Email: sean.nalty@wilsonelser.com

Attorneys for Defendant,
**THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST TARASOVSKY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | No. C 11-03359 WHA<br><br>**JOINT [PROPOSED] SCHEDULE FOR PRETRIAL AND TRIAL FILINGS**<br><br><br><br>Trial Date:    January 7, 2012<br>Honorable William Alsup |

　　　　Pursuant to the Court's order of November 26, 2012, the parties hereby jointly submit the following proposed schedule for pretrial and trial:

　　　　1.　　On December 10, 2012, the parties shall file the following: (a) Any revisions to the joint proposed final pretrial order which was filed on November 26, 2012; (b) Any motions in limine, (c) Rule 26(a)(3) disclosures, (d) Plaintiff shall file his proposed findings of fact and conclusions of law and defendant shall file any revisions to its previously filed findings, and (e) Plaintiff shall file his trial brief and defendant shall file any revisions to its previously filed trial

brief.

2. On November 27, 2012 the parties shall serve, but not file, any motions in limine.

3. On December 7, 2012, the parties shall serve any opposition to the motions in limine.

4. On December 10, 2012, the moving party shall file a collated set of the motion in limine and opposition together, back to back, and file the paired sets.

5. On December 10, 2012, chambers copies of the above shall be submitted in *Word Perfect X3 or 10 format* to whapo@cand.uscourts.gov and in hard copies.  The hard-copy submissions will be three-hole punched on the left.

DATED: November 27, 2012           Law Offices of Laurence F. Padway

                                    By:   /s/ Laurence F. Padway
                                          Laurence F. Padway
                                          Attorneys for Plaintiff,
                                          **Ernest Tarasovsky**

DATED: November 27, 2012           Wilson, Elser, Moskowitz,
                                   Edelman & Dicker, LLP

                                    By:   /s/ Sean P. Nalty
                                          Sean P. Nalty
                                          Attorneys for Defendant,
                                          **The Guardian Life Insurance Company of America**

### [PROPOSED] ORDER

IT IS SO ORDERED.  The briefing schedule set forth above is hereby adopted.

Dated:   December 7, 2012

                                    _____
                                    Honorable William Alsup
                                    United States District Court Judge

3

JOINT [PROPOSED] SCHEDULE FOR PRETRIAL AND TRIAL FILINGS

964815.1                                                    Case No.: CV11-03359-WHA