# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST TARASOVSKY<br><br>Plaintiff,<br><br>v.<br><br>STRATIFY, INC., GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN AND THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br><br>Defendant. | Case No. C11-03359 WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed: July 8, 2011<br>Trial Date: None Set<br>Judge: Hon. William H. Alsup |

Sean P. Nalty (State Bar No. 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant STRATIFY, INC.,
GROUP SHORT TERM DISABILITY PLAN
AND LONG TERM DISABILITY PLAN AND
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL

Case No. C11-03359 WHA

1  Counsel for Defendant Stratify, Inc. Group Short Term Disability Plan and
2  Long Term Disability Plan and the Guardian Life Insurance Company of America.
3  ("Stratify") filed Defendants' Request for Approval of Substitution of counsel on
4  April 17, 2013 of the above-entitled Court.
5  After reviewing the papers, the Court approves the substitution of Ogletree,
6  Deakins, Nash, Smoak & Stewart, P.C. as attorney of record in this case.

10  IT IS THEREFORE ORDERED:

13  Dated: April 23, 2013.     _____
14                              William Alsup
                                United States District Judge

14805304.1

2                                                          Case No. C11-03359 WHA
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL