1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST TARASOVSKY<br><br>Plaintiff,<br><br>v.<br><br>STRATIFY, INC., GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN AND THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br><br>Defendant. | Case No. C11-03359 WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed:  July 8, 2011<br>Trial Date:  None Set<br>Judge:  Hon. William H. Alsup |

| | |
|---|---|
| 1 | Sean P. Nalty  (State Bar No. 121253) |
| | sean.nalty@ogletreedeakins.com |
| 2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Steuart Tower, Suite 1300 |
| 3 | One Market Plaza |
| | San Francisco, CA  94105 |
| 4 | Telephone:  415.442.4810 |
| | Facsimile:   415.442.4870 |
| 5 | |
| 6 | Attorneys for Defendant STRATIFY, INC., |
| | GROUP SHORT TERM DISABILITY PLAN |
| 7 | AND LONG TERM DISABILITY PLAN AND |
| | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA |
| 8 | |

1                                                  Case No. C11-03359 WHA
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL

1   Counsel for Defendant Stratify, Inc. Group Short Term Disability Plan and
2   Long Term Disability Plan and the Guardian Life Insurance Company of America.
3   ("Stratify") filed Defendants' Request for Approval of Substitution of counsel on
4   April 17, 2013 of the above-entitled Court.
5       After reviewing the papers, the Court approves the substitution of Ogletree,
6   Deakins, Nash, Smoak & Stewart, P.C. as attorney of record in this case.

10  IT IS THEREFORE ORDERED:

13  Dated: __April 23, 2013.__          _____
14                                       William Alsup
                                         United States District Judge

19                                                                          14805304.1