LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Ernest Tarasovsky

SEAN P. NALTY (SBN 121253)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuwart Street Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415-442-4810
Facsimile: 415-442-4870
Email: sean.nalty@ogletreedeakins.com

Attorneys for Defendant,
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST TARASOVSKY | No. C 11-03359 WHA |
| Plaintiff,<br>vs.<br>STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br>Defendants_____/ | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PLAINTIFF TO FILE DOCUMENTATION IN SUPPORT OF ATTORNEYS FEES AND COSTS<br><br>Hon. William Alsup |

Whereas, the Court's order of May 17, 2013 scheduled the deadline for plaintiff's attorney to file and serve documentation in support of attorney's fees and costs no later than May 31, 2013 at

1  Noon; and

2

3       Whereas, the parties are actively discussing settlement of fees and costs, among other issues,

4  and they require a few days to complete those discussions, and counsel believe an agreement is likely;

5

6       Now, therefore, the parties stipulate to continue the deadline for plaintiff to file to June 7,

7  2013, and defendant's response to June 21, 2013.

8

9       IT IS SO STIPULATED.

10  DATED: May 29, 2013                    /s/ Laurence F. Padway
11                                         _____
                                           Laurence F. Padway
                                           Law Offices of Laurence F. Padway
12                                         Attorneys for plaintiff Ernest Tarasovsky

13

14

15  DATED: May 29, 2013                    /s/ Sean P. Nalty
                                           _____
                                           Sean P. Nalty
16                                         Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                           Attorneys for Defendant The Guardian Life
17                                         Insurance Company of America

18

19

20

21
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
              June 5, 2013.
23      Dated: _____          _____
                                        Hon. William Alsup
24                                      United States District Court Judge

25

26

27

28  Stip re Deadline to File Documentation                    C 11-03359 WHA

                                          3