| | |
|---|---|
| 1 | LAURENCE F. PADWAY, #89314<br>LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | 1516 Oak Street, Suite 109<br>Alameda, California 94501 |
| 3 | Telephone:  (510)814-0680<br>Facsimile : (510)814-0650 |
| 4 | Attorneys for plaintiff |
| 5 | Ernest Tarasovsky |
| 6 | SEAN P. NALTY (SBN 121253)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 7 | Steuwart Street Tower, Suite 1300<br>One Market Plaza |
| 8 | San Francisco, CA 94105 |
| 9 | Telephone:   415-442-4810<br>Facsimile: 415-442-4870 |
| 10 | Email: sean.nalty@ogletreedeakins.com |
| 11 | Attorneys for Defendant,<br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST TARASOVSKY | | No. C 11-03359 WHA |
| Plaintiff,<br>vs. | | STIPULATION AND [PROPOSED]<br>ORDER RE ATTORNEYS FEES<br>AND COSTS |
| STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | | Hon. William Alsup |
| Defendants | | |

The parties, by and through their respective counsel of record, hereby stipulate that they have resolved the issue of attorney's fees and costs.

Stip re Attorney's Fees and Costs                                                                 C 11-03359 WHA

2

1     IT IS SO STIPULATED.

2   DATED: June 7, 2013         /s/ Laurence F. Padway

3                                                            Laurence F. Padway
Law Offices of Laurence F. Padway

4                                                            Attorneys for plaintiff Ernest Tarasovsky

6

7   DATED: June 7, 2013         /s/ Sean P. Nalty

8                                                            Sean P. Nalty
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

9                                                            Attorneys for Defendant The Guardian Life
Insurance Company of America

13     PURSUANT TO STIPULATION, IT IS SO ORDERED.

15   Dated:   June 10, 2013.            _____

16                                                            Hon. William Alsup
United States District Court Judge

Stip re Attorney's Fees and Costs           3          C 11-03359 WHA