1  LAURENCE F. PADWAY, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
2  Alameda, California 94501
   Telephone:   (510)814-0680
3  Facsimile : (510)814-0650

4  Attorneys for plaintiff
   Ernest Tarasovsky
5
   SEAN P. NALTY (SBN 121253)
6  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuwart Street Tower, Suite 1300
7  One Market Plaza
8  San Francisco, CA 94105
   Telephone:   415-442-4810
9  Facsimile: 415-442-4870
   Email: sean.nalty@ogletreedeakins.com
10
   Attorneys for Defendant,
11 THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 ERNEST TARASOVSKY                     No. C 11-03359 WHA

17          Plaintiff,                   STIPULATION AND [PROPOSED]
        vs.                              ORDER RE ATTORNEYS FEES
18                                       AND COSTS
   STRATIFY, INC. GROUP SHORT
19 TERM DISABILITY PLAN AND
   LONG TERM DISABILITY PLAN,
20 and THE GUARDIAN LIFE
   INSURANCE COMPANY OF             Hon. William Alsup
21 AMERICA,

22          Defendants
   _____/
23

24      The parties, by and through their respective counsel of record, hereby stipulate that they have

25 resolved the issue of attorney's fees and costs.

26

27
                                           2
28 Stip re Attorney's Fees and Costs                          C 11-03359 WHA

1    IT IS SO STIPULATED.

2   DATED: June 7, 2013                          /s/ Laurence F. Padway

3                                                _____
                                                 Laurence F. Padway
                                                 Law Offices of Laurence F. Padway
4                                                Attorneys for plaintiff Ernest Tarasovsky

5

6
    DATED: June 7, 2013                          /s/ Sean P. Nalty
7
                                                 _____
                                                 Sean P. Nalty
8                                                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                                 Attorneys for Defendant The Guardian Life
9                                                Insurance Company of America

10

11

12

13
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
14

15     Dated:  ___June 10, 2013.___          _____
                                             Hon. William Alsup
16                                           United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27
                                             3
28  Stip re Attorney's Fees and Costs                        C 11-03359 WHA