1 | LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Telephone: (510)814-0680
Facsimile : (510)814-0650
4

Attorneys for plaintiff
5 | Ernest Tarasovsky

6 | SEAN P. NALTY (SBN 121253)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7 | Steuwart Street Tower, Suite 1300
8 | One Market Plaza
San Francisco, CA 94105
9 | Telephone: 415-442-4810
Facsimile: 415-442-4870
10 | Email: sean.nalty@ogletreedeakins.com

11 | Attorneys for Defendant,
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST TARASOVSKY | No. C 11-03359 WHA |
| Plaintiff, vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING STIPULATED JUDGMENT |
| STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | Hon. William Alsup |
| Defendants / | |

Whereas, the Court's order of May 17, 2013 scheduled the deadline for the parties to file and serve a stipulated judgment no later than June 7, 2013 at Noon; and

Stip re Deadline to File Stipulated Judgment     2     C 11-03359 WHA

1     Whereas, the parties request a one week extension as the parties are in the final process of

2 resolving these issues, and reaching agreement on the computations;

3

4     Now, therefore, the parties stipulate to continue the deadline for the filing the stipulated

5 judgment to June 14, 2013.

6

7     IT IS SO STIPULATED.

8 DATED: June 7, 2013                      /s/ Laurence F. Padway

9                                            Laurence F. Padway
Law Offices of Laurence F. Padway
10                                        Attorneys for plaintiff Ernest Tarasovsky

11

12
DATED: June 7, 2013                      /s/ Sean P. Nalty
13

Sean P. Nalty
14                                       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attorneys for Defendant The Guardian Life
15                                       Insurance Company of America

16

17

18

19
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21     Dated:  June 10, 2013.                       _____

Hon. William Alsup
22                                       United States District Court Judge

23

24

25

26

27

28 Stip re Deadline to File Stipulated Judgment                              C 11-03359 WHA