LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Ernest Tarasovsky

SEAN P. NALTY (SBN 121253)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuwart Street Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:  415-442-4810
Facsimile: 415-442-4870
Email: sean.nalty@ogletreedeakins.com

Attorneys for Defendant,
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST TARASOVSKY | No. C 11-03359 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING STIPULATED JUDGMENT |
| vs. | |
| STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | Hon. William Alsup |
| Defendants / | |

    Whereas, the Court's order of May 17, 2013 scheduled the deadline for the parties to file and serve a stipulated judgment no later than June 7, 2013 at Noon; and

1  Whereas, the parties request a one week extension as the parties are in the final process of
2  resolving these issues, and reaching agreement on the computations;
3
4  Now, therefore, the parties stipulate to continue the deadline for the filing the stipulated
5  judgment to June 14, 2013.
6
7  IT IS SO STIPULATED.

8  DATED: June 7, 2013                    /s/ Laurence F. Padway
9                                         _____
                                           Laurence F. Padway
                                           Law Offices of Laurence F. Padway
10                                         Attorneys for plaintiff Ernest Tarasovsky
11
12
13  DATED: June 7, 2013                   /s/ Sean P. Nalty
                                           _____
                                           Sean P. Nalty
14                                         Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                           Attorneys for Defendant The Guardian Life
15                                         Insurance Company of America
16
17
18
19
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
21  Dated: June 10, 2013.                 _____
                                           Hon. William Alsup
22                                         United States District Court Judge
23
24
25
26
27
                                           3
28  Stip re Deadline to File Stipulated Judgment                            C 11-03359 WHA