| | |
|---|---|
| 1 | LAURENCE F. PADWAY, #89314<br>LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | 1516 Oak Street, Suite 109<br>Alameda, California 94501 |
| 3 | Telephone:  (510)814-0680<br>Facsimile : (510)814-0650 |
| 4 | Attorneys for plaintiff |
| 5 | Ernest Tarasovsky |
| 6 | SEAN P. NALTY (SBN 121253)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 7 | Steuwart Street Tower, Suite 1300<br>One Market Plaza |
| 8 | San Francisco, CA 94105 |
| 9 | Telephone:   415-442-4810<br>Facsimile: 415-442-4870 |
| 10 | Email: sean.nalty@ogletreedeakins.com |
| 11 | Attorneys for Defendant,<br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST TARASOVSKY | | No. C 11-03359 WHA |
| | Plaintiff, | |
| vs. | | [~~PROPOSED~~] JUDGMENT |
| STRATIFY, INC. GROUP SHORT TERM DISABILITY PLAN AND LONG TERM DISABILITY PLAN, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | | Hon. William Alsup |
| | Defendants | |

1  Pursuant to the terms of the Court's order issued May 17, 2013 ("the Order"), Judgment is
2  entered in favor Ernest Tarasovsky and against The Guardian Life Insurance Company of America
3  and the Stratify Inc. Group Long-Term Disability Plan on Ernest Tarasovsky's claim for long-term
4  disability benefits, attorney's fees, and costs. Moreover, Judgment is hereby entered in favor of The
5  Guardian Life Insurance Company of America and the Stratify Inc. Group Short-Term Disability Plan
6
7  on Earnest Tarasovsky claim for short-term disability benefits as Earnest Tarasovsky takes nothing on
8  his claim for short term disability benefits.
9  JUDGMENT IS SO ENTERED. The Clerk shall **close the file**.
10
11  Dated:  July 1, 2013.
12  Hon. William Alsup
    United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28