1  LAURENCE F. PADWAY, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:   (510)814-0680
   Facsimile : (510)814-0650

4  Attorneys for plaintiff
   Ernest Tarasovsky
5
   SEAN P. NALTY (SBN 121253)
6  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuwart Street Tower, Suite 1300
7  One Market Plaza
   San Francisco, CA 94105
8  Telephone:   415-442-4810
   Facsimile: 415-442-4870
9  Email: sean.nalty@ogletreedeakins.com
10
   Attorneys for Defendant,
11 THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

12

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 ERNEST TARASOVSKY                    No. C 11-03359 WHA

17          Plaintiff,
       vs.                             [PROPOSED] JUDGMENT
18
   STRATIFY, INC. GROUP SHORT
19 TERM DISABILITY PLAN AND
   LONG TERM DISABILITY PLAN,
20 and THE GUARDIAN LIFE
   INSURANCE COMPANY OF              Hon. William Alsup
21 AMERICA,

22          Defendants
                              /
23

24

25

26

27

28

Pursuant to the terms of the Court's order issued May 17, 2013 ("the Order"), Judgment is entered in favor Ernest Tarasovsky and against The Guardian Life Insurance Company of America and the Stratify Inc. Group Long-Term Disability Plan on Ernest Tarasovsky's claim for long-term disability benefits, attorney's fees, and costs.   Moreover, Judgment is hereby entered in favor of The Guardian Life Insurance Company of America and the Stratify Inc. Group Short-Term Disability Plan on Earnest Tarasovsky claim for short-term disability benefits as Earnest Tarasovsky takes nothing on his claim for short term disability benefits.

JUDGMENT IS SO ENTERED.  The Clerk shall **close the file**.

Dated: _____ July 1, 2013.                    _____

Hon. William Alsup
United States District Court Judge